# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**265**

**CA 11-01050**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF JOVAN FLUDD,
PETITIONER-APPELLANT,

V                                                                    ORDER

ROBERT A. KIRKPATRICK, SUPERINTENDENT, WENDE
CORRECTIONAL FACILITY, ET AL.,
RESPONDENTS-RESPONDENTS.

---

JOVAN FLUDD, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---

Appeal from a judgment (denominated decision and order) of the
Supreme Court, Erie County (John L. Michalski, A.J.), entered March
31, 2011 in a proceeding pursuant to CPLR article 78.  The judgment
denied the petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  March 16, 2012                          Frances E. Cafarell
                                                  Clerk of the Court